ERIC MECKLEY, State Bar No. 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: emeckley@morganlewis.com

Attorneys for Defendants
LANE BRYANT, INC., CHARMING
SHOPPES OUTLET STORES LLC,
FASHION BUG RETAIL COMPANIES,
INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORENO, individually, and on behalf of all other similarly situated current and former employees of Lane Bryant, Inc., Charming Shoppes, Inc., Charming Shoppes Outlet Stores, Petite Sophisticate, Fashion Bug, Inc., and Catherines, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>LANE BRYANT, INC., a California corporation; CHARMING SHOPPES, INC., -an unknown business entity; CHARMING SHOPPES OUTLET STORES, a limited liability company; PETITE SOPHISTICATE, an unknown business entity; FASHION BUG, INC., a California Corporation; CATHERINES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-10-9329-GAF (FMOx)<br><br>**[PROPOSED]** JUDGMENT<br><br>Complaint Filed: August 5, 2010 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT
Case No. CV-10-9329-GAF (FMOx)

DB2/ 22530746.1

On January 25, 2011, the Court granted the motion to dismiss filed by Defendants Lane Bryant, Inc., Charming Shoppes Outlet Stores LLC and Fashion Bug Retail Companies, Inc. and dismissed these defendants from the action without leave to amend. On June 17, 2011, the Court dismissed the entire action without prejudice as to all remaining defendants for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Defendants Lane Bryant, Inc., Charming Shoppes Outlet Stores LLC and Fashion Bug Retail Companies, Inc. in this action and against Plaintiff Jennifer Moreno. As the prevailing parties, Defendants are entitled to recover their costs in this matter.

**IT IS SO ORDERED.**

Date: July 5, 2011_____    */s/ Gary Feess*
Honorable Gary Allen Feess
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

1

[PROPOSED] JUDGMENT
Case No. CV-10-9329-GAF (FMOx)

DB2/ 22530746.1